UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------X
Felice ROVELLI, a.k.a. Felix Rovelli,

    A72-459-149,

        Plaintiff-Petitioner,

   - against -

Michael B. MUKASEY, Acting Attorney General;
DEPARTMENT OF HOMELAND SECURITY;
Michael CHERTOFF, Secretary, Department
of Homeland Security; UNITED STATES
CITIZENSHIP & IMMIGRATION SERVICES;
Dr. Emilio T. GONZALES, Director, United States
Citizenship & Immigration Services; Ethan Enzer,
Acting Officer in Charge, Hartford Sub-Office of
United States Citizenship & Immigration Services;
Federal Bureau of Investigations ("FBI");
Central Intelligence Agency ("CIA");

        Defendants-Respondents.
------------------------------------------------------X

**COMPLAINT AND PETITION
FOR WRIT OF _MANDAMUS_**

Civil Action Docket No. 3:08cv2(AHW)

2008 JAN -2 A 9: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN
FILED

       Plaintiff-Petitioner, Felice (Felix) Rovelli ("Plaintiff" or "Mr. Rovelli"), by his undersigned attorneys, alleges as follows:

1.    This is an action for a judicial determination on a pending Application for Naturalization, Form N-400, that has not been adjudicated within the time required by law. In the alternative, this is an action in the nature of mandamus and for declaratory and injunctive relief to compel agency action that has been unlawfully withheld. The action arises under the Immigration & Nationality Act of 1952, as amended, ("the Act"), 8 U.S.C. §§ 1101 _et seq.,_ and the Administrative Procedure Act ("APA"), 5 U.S.C. §§551 _et seq._ Subject matter jurisdiction is based upon 8 U.S.C. § 1447, 28 U.S.C. § 1331, and 28 U.S.C. § 1361. This Court may grant relief pursuant to the APA, the INA, the Declaratory Judgement Act, 28

U.S.C. §§2201 *et seq.,* and 28 U.S.C. §1361.

2.   Felix Rovelli is a Lawful Permanent Resident of the United States, and a native of Italy. He became a Lawful Permanent Resident of the U.S. in 1992.   He currently resides at 20 Cathlow Drive, Riverside, Connecticut 06878, within the jurisdiction of this Court.

3.   Defendant Michael B. Mukasey is sued in his official capacity as Attorney General of the United States.   In this capacity, he has responsibility for the administration of the immigration laws pursuant to 8 U.S.C. §1103, and routinely does and transacts business in the Eastern District of New York.

4.   Defendant Department of Homeland Security ("DHS") is made a party defendant for purposes of obtaining relief pursuant to the APA, 5 U.S.C.§701 *et seq.,* and the Declaratory Judgement Act, 28 U.S.C. § 2201 *et seq.*

5.   Defendant Michael Chertoff is sued in his official capacity as the Secretary of the Department of Homeland Security ("DHS") which agency succeeded to the responsibilities of the former Immigration and Naturalization Service ("INS") on March 1, 2003, pursuant to the Homeland Security Act of 2002, Pub. L. No. 1070296, 116 Sat. 2135 (Nov. 25, 2002). In this capacity, he has the responsibility for the administration of the immigration laws pursuant to 8 U.S.C. § 1103, and routinely does and transacts business in the Eastern District of New York.

6.   Defendant United States Citizenship & Immigration Service ("USCIS") is a federal agency within the Department of Homeland Security, organized and existing under the laws of the United States of America, charged with the responsibility for the immigration laws. The USCIS has the responsibility of adjudicating applications under the Act, and maintains

offices in the District of Connecticut located at 450 Main Street, Hartford, CT.  They are made a party defendant for purposes of obtaining declaratory an injunctive relief pursuant to the APA and the Declaratory Judgment Act.

7.    Defendant Dr. Emilio T. Gonzales is sued in his official capacity as the District Director of USCIS, and in this capacity has responsibility for the administration of the immigration laws pursuant to 8 U.S.C. § 1103.

8.    Defendant Ethan Enzer is the Acting Officer in Charge of Hartford Sub-Office of USCIS, located at 450 Main Street, Connecticut, and in this capacity he has responsibility for adjudicating applications submitted to the Connecticut District.

9.    Defendant Federal Bureau of Investigation ("FBI") is an agency organized and existing under the laws of the United States of America.  The FBI, among other things, has the responsibility of performing timely background checks on those persons applying for various immigration benefits, including naturalization.

10.   Defendant Central Intelligence Agency ("CIA") is an agency organized and existing under the laws of the United States of America.  The CIA, among other things, has the responsibility of performing timely background checks on those persons applying for various immigration benefits, including naturalization.

11.   Mr. Rovelli filed an Application for Naturalization, Form N-400, on or about July 13, 2006 with the Vermont Service Center.  He was subsequently scheduled for biometrics, which were completed on August 3, 2006.  A copy of the receipt notice, and biometrics notice are annexed hereto as Exhibit "A."

12.   On January 25, 2007, an inquiry letter was filed with the Vermont Service Center, as it had

( 3 )

been over five months since Mr. Rovelli had been fingerprinted. A copy of our correspondence is annexed hereto as Exhibit "B."

13.     Thereafter, on February 22, 2007, the Vermont Service Center sent a letter stating that "the processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending." A copy of this letter is annexed hereto as Exhibit "C."

14.     A subsequent letter of inquiry was filed by undersigned counsel on or about June 26, 2007, asking that Mr. Rovelli be scheduled for an interview on his application, as it had been approximately eleven (11) months since he was fingerprinted. A copy of this letter is annexed hereto as Exhibit "D."

13.     As of this date, almost over one year since Mr. Rovelli was fingerprinted, he has still not been scheduled for an interview on his application. USCIS has failed to adjudicate the Application for Naturalization, Form N-400, and has failed to notify Mr. Rovelli of any further activity in his case.

## COUNT ONE

14.     Paragraphs 1 through 13 are repeated and re-alleged as though fully set forth herein.

15.     Mr. Rovelli properly filed an Application for Naturalization, Form N-400, with the Defendant USCIS in 2006, over one (1) year ago.

16.     Under the APA, 5 U.S.C.§ 555(a), agencies are required to proceed with reasonable dispatch to conclude matters presented to them. Under the APA, 5 U.S.C. § 706 (1), this Court has the power to compel agency action which has unlawfully been withheld or unreasonably delayed.

17.    The continuing failure of the Defendants to oversee the completion of the Plaintiff Rovelli's background security checks, schedule an interview, and adjudicate the Plaintiff's Application for Naturalization violates the APA requirement that agencies proceed with reasonable dispatch to adjudicate the matters presented to them.

## COUNT TWO

18.    The allegations contained in paragraphs 1 through 13 above are repeated and re-alleged as through fully set forth herein.

19.    The continuing failure of the USCIS to adjudicate Plaintiff's Application for Naturalization is subject to correction by mandamus under 28 U.S.C. §1361.

## COUNT THREE

20.    The allegations contained in paragraphs 1 through 13 above are repeated and re-alleged as though fully set forth herein.

21.    The actions of the USICS in failing to adjudicate Plaintiff's Application for Naturalization deprives Plaintiff of a protected interest contrary to the due process clause of the Fifth Amendment to the U.S. Constitution.

## COUNT FOUR

22.    The allegations in paragraph 1 through 13 above are repeated and re-alleged as though fully set forth herein.

23.    Under the APA, 5 U.S.C. § 555 (a), agencies are required to proceed with reasonable dispatch to conclude matters presented to them.  Under the APA, 5 U.S.C. § 706 (1), this Court has the power to compel agency action which has unlawfully been withheld or unreasonably delayed.

24.    The continuing failure of the FBI to process Plaintiff's background security checks violates the APA requirement that agencies proceed with reasonable dispatch to adjudicate the matters presented to them.

## COUNT FIVE

25.    The allegations contained in paragraphs 1 through 13 above are repeated and re-alleged as though fully set forth herein.

26.    The continuing failure of the FBI to process Plaintiff's background security checks is subjected to correction by mandamus under 28 U.S.C. § 1361.

## COUNT SIX

27.    The allegations contained in paragraphs 1 through 13 above are repeated and re- alleged as though fully set forth herein.

28.    Under the APA, 5 U.S.C. § 555 (a), agencies are required to proceed with reasonable dispatch to conclude matters presented to them.  Under the APA, 5 U.S.C. § 706 (1), this Court has the power to compel agency action which has unlawfully been withheld or unreasonably delayed.

29.    The continuing failure of the CIA to process Plaintiff's background security checks violates the APA requirement that agencies proceed with reasonable dispatch to adjudicate the matters presented to them.

## COUNT SEVEN

30.    The allegations contained in paragraphs 1 through 13 above are repeated and realleged as though fully set forth herein.

31.    The continuing failure of the CIA to process Plaintiff's background security checks is

subjected to correction by mandamus under 28 U.S.C. § 1361.

## COUNT EIGHT

32.     The allegations contained in paragraphs 1 through 13 above are repeated and realleged as though fully set forth herein.

33.     The failure of USCIS to schedule Mr. Rovelli's interview under § 335 of the INA within a reasonable amount of time is in violation of the INA, and Plaintiff is entitled to a hearing before this Court on the matter.

**WHEREFORE**, Plaintiff -Petitioner demands judgment:

a.      Declaring the failure of the USCIS to timely adjudicate his application for naturalization to be unlawful; or

b.      Ordering the immediate completion of Plaintiff Felix Rovelli's security checks by the FBI and CIA;

c.      Ordering the USCIS to immediately schedule Plaintiff's interview on his Application for Naturalization;

d.      Granting the Plaintiff a hearing on this matter;

e.      Granting such other and further relief as this Court may deem just and proper.

Dated:  December 7, 2007
        Melville, New York

Michael P. DiRaimondo, Esq.
DiRaimondo & Masi, LLP
Attorneys for Plaintiff
401 Broadhollow Road, Suite 302
Melville, New York, 11747
(631)777-5557

( 7 )

Department of Homeland Security
U.S. Citizenship and Immigration Serv

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>July 21, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400     Application For Naturalization | | | USCIS A#<br>A 072 459 149 |
| APPLICATION NUMBER<br>ESC*001672145 | RECEIVED DATE<br>July 13, 2006 | PRIORITY DATE<br>July 13, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

FELICE ROVELLI
c/o MICHAEL P DIRAIMONDO
401 BROADHOLLOW ROAD
MELVILLE NY  11747

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:     $400.00
Total Balance Due:             $0.00

The above application has been received by our office and is in process,  but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview.  You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview.  Do not submit any evidence(s) by mail

RECEIVED
JUL 27 2006

Our records indicate your personal information is as follows:
Date of Birth:          May 11, 1959
Address Where You Live:  20 CATHLOW DRIVE
                         RIVERSIDE CT 06878

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office.  You should expect to be notified within  365 days of this notice.

IMPORTANT NOTICE:     All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check.  If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted.  Do not have your fingerprints taken anywhere else.  You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you.  Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**USCIS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

ESC$001656791

Form I-797C

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

Fingerprint Notification

| CASE TYPE | | | NOTICE DATE |
|---|---|---|---|
| N400   Application For Naturalization | | | July 25, 2006 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | USCIS A# |
|---|---|---|---|
| ESC*001672145 | July 13, 2006 | July 13, 2006 | A 072 459 149 |
| | | | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

FELICE ROVELLI
c/o MICHAEL P DIRAIMONDO
401 BROADHOLLOW ROAD
MELVILLE NY  11747

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
CIS NEW ROCHELLE
246 NORTH AVE.
NEW ROCHELLE NY 10802

**DATE AND TIME OF APPOINTMENT**
08/03/2006
11:00 AM

JUL 31 2006

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS NEW ROCHELLE
246 NORTH AVE.
NEW ROCHELLE NY 10802

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
ESC*001672145

REPRESENTATIVE COPY

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

# Di RAIMONDO & MASI, LLP
### ATTORNEYS AT LAW

401 BROADHOLLOW ROAD, #302
MELVILLE, NEW YORK 11747
(631) 777-5557
(631) 777-5114 FAX

120 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10271
(212) 587-0550
FAX (212) 587-0545

January 25, 2007

U.S. Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, Vermont 05479-0001

Re:    Felix **ROVELLI**- A73-459-149
ESC*001672145
<u>N-400 - Application for Naturalization</u>

Dear Sir/Madam:

In reference to the above captioned matter, please be advised that an Application for Naturalization, Form N-400, was filed with your office on behalf of Mr. Rovelli on July 13, 2006, and subsequently, he was fingerprinted in New Rochelle, NY on August 3, 2006, (receipt notice attached). As of this date, over five (5) months later, Mr. Rovelli continues to wait to be scheduled for a naturalization interview. Please contact our *Melville* office with regard to the status of Mr. Rovelli's naturalization application, and schedule him for an interview at the earliest possible date.

Thank you for prompt attention to this matter.

Very truly yours,

*Mary Elizabeth Delli-Pizzi*

Mary Elizabeth Delli-Pizzi

MBD/kag

cc: Laura Brevitti, Esq
    Felix Rovelli



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship
and Immigration
Services**

February 22, 2007

MARY ELIZABETH DELLI PIZZI
DIRAIMONDO & MASSI
401 BROADHOLLOW ROAD #302
MELVILLE NY  11747

A File Number: A72459149
File Receipt Number: ESC*001672145
Applicant/Petitioner: FELICE ROVELLI

Dear Sir or Madam:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling 1-800-375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov. You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE:  Please remember that every person, over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director
VSC07022248785/285619

FEB 2 8 2007

# DI RAIMONDO & MASI, LLP
### ATTORNEYS AT LAW

▣ FILE COPY

401 BROADHOLLOW ROAD, #302
MELVILLE, NEW YORK 11747
(631) 777-5557
(631) 777-5114 FAX

120 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10271
(212) 587-0550
FAX (212) 587-0545

## BY FEDERAL EXPRESS

June 26, 2007

U.S. Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, Vermont 05479-0001

      Re:   Felix **ROVELLI**- A75-459-149
           ESC*001672145
           <u>N-400 - Application for Naturalization</u>

Dear Sir/Madam:

      In reference to the above captioned matter, please be advised that an Application for Naturalization, Form N-400, was filed with your office on behalf of Mr. Rovelli on July 13, 2006, and subsequently, he was fingerprinted in New Rochelle, NY on August 3, 2006, (receipt notice attached). As of this date, over five (11) months later, Mr. Rovelli continues to wait to be scheduled for a naturalization interview. Please contact our *Melville* office with regard to the status of Mr. Rovelli's naturalization application, and schedule him for an interview at the earliest possible date. In the event an interview is not scheduled by July 13, 2007, we will have no choice but to file a Petition for Writ of Mandamus with the United States District Court.

      Thank you for prompt attention to this matter.

                                  Very truly yours,

                                    Mary Elizabeth Delli-Pizzi

MBD/kag

cc: Laura Brevitti, Esq
    Felix Rovelli

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt with Exception | |
|---|---|
| **CASE TYPE** N400    Application For Naturalization | **NOTICE DATE** July 21, 2006 |
| **APPLICATION NUMBER** ESC*001672145 | **USCIS A#** A 072 459 149 |

| **RECEIVED DATE** July 13, 2006 | **PRIORITY DATE** July 13, 2006 | **PAGE** 1 of 1 |
|---|---|---|

**APPLICANT NAME AND MAILING ADDRESS**

FELICE ROVELLI
c/o MICHAEL P DIRAIMONDO
401 BROADHOLLOW ROAD
MELVILLE NY  11747

**PAYMENT INFORMATION:**

| Single Application Fee: | $400.00 |
|---|---|
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail

JUL 27 2006

Our records indicate your personal information is as follows:
Date of Birth:            May 11, 1959
Address Where You Live:  20 CATHLOW DRIVE
                         RIVERSIDE CT 06878

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within  365 days of this notice.

**IMPORTANT NOTICE:**    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**USCIS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

ESC$001656791