UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FELICE ROVELLI, a/k/a<br>Felix Rovelli | : <br> : <br> : | |
| V. | : | No.: 3:08CV0002 (AHN) |
| | : | |
| MICHAEL CHERTOFF, Secretary<br>of Homeland Security; et al | : <br> : | |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the Plaintiff's Complaint, without prejudice, subject to renewal within thirty (30) days from July 18, 2008, if the interview does not occur as scheduled, and without costs to either party.

| PLAINTIFF | DEFENDANTS |
|---|---|
| FELICE ROVELLI | NORA R. DANNEHY<br>ACTING UNITED STATES ATTORNEY |
| By __/s/_____<br>Michael P. DiRaimondo<br>DiRaimondo & Masi, LLP<br>401 Broadhollow Road<br>Suite 302<br>Melville, NY 11747<br>(631) 777-5557 | By __/s/_____<br>Michelle L. Colson   Attorney<br>#ct27157<br>Assistant U.S. Attorney<br>157 Church Street<br>New Haven, CT 06510<br>(203) 821-3700<br>michelle.colson@usdoj.gov |